UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

DEBRADRE D. JACKSON,

                Plaintiff,

v.                                                     Case No. 16-cv-1394-pp

SGT DIX, *et al.*,

                Defendants.

_____

**ORDER REQUIRING THE PLAINTIFF TO FILE HIS TRUST ACCOUNT STATEMENT FOR THE SIX-MONTH PERIOD PRECEDING THE DATE HE FILED THE NOTICE OF APPEAL**

_____

On March 16, 2018, the court granted the defendants' motion for summary judgment, and dismissed the case. Dkt. No. 23. The court received the plaintiff's notice of appeal on March 29, 2018. Dkt. No. 25. The same day, the court received his motion for leave to appeal without prepayment of the filing fee. Dkt. No. 27. Also that same day, the Clerk of Court sent the plaintiff a letter, telling him that within twenty-one days of the date of the letter, he was to file his prison trust account statement for the six-month period preceding the date on which he filed his notice of appeal. Dkt. No. 30. Although the plaintiff is very familiar with this requirement, having filed a number of cases in federal court, he has not yet provided his trust account statement. Almost three months have passed since the plaintiff filed his notice of appeal.

If the plaintiff wants to move forward with this appeal, he must either file the certified trust account statement for the six months preceding March 29, 2018, or he must pay the full appellate filing fee of $505. The court will require

1

him to do one or the other of these things by the end of the day on Friday, July 27, 2018. If he does not do one or the other of these things by that date, the court of appeals may dismiss his appeal.

The court **ORDERS** that, in time for the court to receive it by the end of the day on **Friday, July 27, 2018,** the plaintiff either shall file with the court his certified trust account statement for the six-month period preceding March 29, 2018, or pay the **$505** appellate filing fee. If the plaintiff does not file the trust account statement or pay the money in time for the court to receive them by the end of the day on July 27, 2018, the court of appeals may dismiss his case.

The court will send a copy of this order to Warden at Racine Correctional Institution, and to the PLRA Attorney, United States Court of Appeals for the Seventh Circuit, 219 S. Dearborn Street, Rm. 2722, Chicago, Illinois 60604.

Dated in Milwaukee, Wisconsin this 26th day of June, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER
United States District Judge**